IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DR. RUSSELL FISHER, D.O. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 4:15-cv-00394 |
| | § | |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | § § | |
| | § | |
| Defendant. | § § | |

# FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the Findings of Fact and Conclusions of Law entered by the Court on November 18, 2016 (Dkt. #52), all claims asserted by Plaintiff Dr. Russell Fisher, D.O. ("Plaintiff") are hereby DISMISSED WITH PREJUDICE and Plaintiff shall take nothing by reason of his claims. All costs of Court shall be paid by the party incurring same. This is a final judgment.

**SIGNED this 7th day of December, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE